# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2019 KW 1050

VERSUS

BRIAN BUSH                                                **OCT 2 8 2019**

---

In Re:    Brian Bush, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          19539.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED AS MOOT.**

                              TMH
                              AHP
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT